IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

RECEIVED
USDC CLERK, GREENVILLE, SC
2005 MAY 16 A 10: 46

| | |
|---|---|
| Leo N. McClam, #250430,<br>  Plaintiff,<br><br>vs.<br><br>Ms. Brenda E. Young-Rice; and<br>Williams Johnson,<br><br>  Defendants. | C/A No. 3:05-861-GRA<br><br><br>**ORDER**<br>(Written Opinion) |

This matter is before the Court because of the plaintiff's failure to comply with the magistrate judge's order of April 1, 2005.

A review of the record indicates that the magistrate judge ordered the plaintiff to submit items needed to render this case into proper form within twenty days, and that if he failed to do so, this case would be dismissed *without prejudice*. The plaintiff failed to respond to the magistrate judge's order.

IT IS THEREFORE ORDERED that the complaint is DISMISSED *without prejudice*. The Clerk of Court shall close the file.[1]

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Under the General Order filed on June 4, 1997, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g).

AO 72A
(Rev.8/82)

Anderson, South Carolina

May 11th, 2005

## NOTICE OF RIGHT TO APPEAL

Plaintiff has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.

AO 72A
(Rev.8/82)